

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00915-CV

**IN RE FMO MEDIA, LLC**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: December 6, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered the petition for a writ of mandamus filed by relator on October 13, 2023. The court concludes relator is not entitled to the relief sought and relief should be denied. *See* TEX. R. APP. P. 52.8(a). Accordingly, relator's petition for a writ of mandamus is denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2023CV00378, styled *Clarity Mortgage, LLC v. FMO Media, LLC*, County Court at Law No. 10, Bexar County, Texas, the Honorable David J. Rodriguez presiding.